UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 39009
   KIMBERLY D JIMMAR
                                                CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY

        Debtor
  SSN XXX-XX-2872

--------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------
    The case was filed on 09/21/2005 and was confirmed 12/08/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 34.32%.

    The case was paid in full 01/08/2008.
--------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| NATIONAL FINANCIAL HOLDI | UNSECURED | 1363.01 | .00 | 467.77 |
| IL DEPT OF EMPLOYMENT SE | UNSECURED | 3366.00 | .00 | 1155.18 |
| HSBC MORTGAGE SERVICES | CURRENT MORTG | .00 | .00 | .00 |
| HSBC MORTGAGE SERVICES | MORTGAGE ARRE | 13555.70 | .00 | 13555.70 |
| IRA T NEVEL | NOTICE ONLY | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 2929.79 | .00 | 2929.79 |
| ADVOCATE PROFFESIONAL GR | UNSECURED | NOT FILED | .00 | .00 |
| ARBOR CENTER FOR EYE CAR | UNSECURED | NOT FILED | .00 | .00 |
| ASPIRE | UNSECURED | 505.65 | .00 | 173.53 |
| AT&T | UNSECURED | NOT FILED | .00 | .00 |
| AT&T WIRELESS SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| DAIMLER CHRYSLER FINANCI | UNSECURED | 10276.59 | .00 | 3526.82 |
| CHRYSLER FINANCIAL | NOTICE ONLY | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | 720.00 | .00 | 247.10 |
| CREDIT UNION 1 | UNSECURED | 233.27 | .00 | 80.06 |
| B-LINE LLC | UNSECURED | 722.29 | .00 | 247.88 |
| MIDLAND CREDIT MANAGEMEN | UNSECURED | 338.97 | .00 | 116.33 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| HOUSEHOLD | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS DEPT OF EMP SEC | UNSECURED | NOT FILED | .00 | .00 |
| STATE OF IL DEPT OF EMPL | NOTICE ONLY | NOT FILED | .00 | .00 |
| JBC LEGAL GROUP | UNSECURED | NOT FILED | .00 | .00 |
| KAUSHIK PANDYA MD | UNSECURED | NOT FILED | .00 | .00 |
| MCI | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 848.16 | .00 | 291.08 |
| EHS TRINITY HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| EHS TRINITY HOSPITAL | UNSECURED | 416.00 | .00 | 142.77 |
| INTERNAL REVENUE SERVICE | UNSECURED | 7.28 | .00 | 2.50 |
| B-LINE LLC | UNSECURED | 692.09 | .00 | 237.52 |
| PIERCE & ASSOC | NOTICE ONLY | NOT FILED | .00 | .00 |
| ZALUTSKY & PINSKI LTD | REIMBURSEMENT | 194.00 | .00 | 194.00 |
| ILLINOIS DEPT OF REVENUE | UNSECURED | .00 | .00 | .00 |

PAGE  1 - CONTINUED ON NEXT PAGE
CASE NO. 05 B 39009 KIMBERLY D JIMMAR

```
ZALUTSKY & PINSKI LTD     DEBTOR ATTY    2,700.00                    2,700.00
TOM VAUGHN                TRUSTEE                                    1,651.97
DEBTOR REFUND             REFUND                                     2,848.00
```

Summary of Receipts and Disbursements:

--------------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------

| | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 30,568.00 | |
| | | |
| PRIORITY | | 3,123.79 |
| SECURED | | 13,555.70 |
| UNSECURED | | 6,688.54 |
| ADMINISTRATIVE | | 2,700.00 |
| TRUSTEE COMPENSATION | | 1,651.97 |
| DEBTOR REFUND | | 2,848.00 |
| TOTALS | 30,568.00 | 30,568.00 |

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 04/24/08                    /s/ Tom Vaughn
                                   _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE